**UNITED STATES of America,**
**Plaintiff–Appellee,**

v.

**Karl Wilmer FRISON, agent of J.R.,**
**a.k.a. Karl Wilmr Frison,**
**Defendant–Appellant.**

**No. 11–10374**
**Non–Argument Calendar.**

United States Court of Appeals,
Eleventh Circuit.

Sept. 23, 2011.

Steven E. Butler, Gloria A. Bedwell, Donna Barrow Dobbins, Maria E. Murphy, Eugene Seidel, Assistant U.S. Attorney, U.S. Attorney's Office, Mobile, AL, for Plaintiff–Appellee.

Karl Wilmer Frison, Jr., De Funiak Springs, FL, pro se.

Before CARNES, BARKETT and MARCUS, Circuit Judges.

PER CURIAM:

Raymond Pierson, appointed counsel for Karl Frison, in this direct criminal appeal, has moved to withdraw from further representation of the appellant and filed a brief pursuant to *Anders v. California,* 386 U.S. 738, 87 S.Ct. 1396, 18 L.Ed.2d 493 (1967). Our independent review of the entire record reveals that counsel's assessment of the relative merit of the appeal is correct. Because independent examination of the entire record reveals no arguable issues of merit, counsel's motion to withdraw is **GRANTED,** and Frison's conviction and sentence are **AFFIRMED.**